UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNTAE DARNELL BLAND,<br><br>Defendant. | Case No. 2:18-cr-00295-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Unopposed Motion for Preparation of Pre-Plea Investigation Report (ECF No. 14), filed November 14, 2018. Upon review and consideration, and with good cause appearing therefor, the Court will grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion for Preparation of Pre-Plea Investigation Report (ECF No. 14) is **granted**.

Dated this 15th day of November, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE