Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Johntae Bland

# UNITED STATES DISTRICT COURTfr

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00295-APG-GWF |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | (First Request) |
| Johntae Bland, | |
| Defendant. | |

The parties jointly request that this Court vacate and continue the June 13, 2019, sentencing hearing for at least 45 days for these reasons:

1. On March 20, 2019, Johntae Bland pleaded guilty to a single count of distributing methamphetamine. ECF No. 27.

2. As described in the plea agreement, the charge stems from a controlled buy of ecstasy pills; lab testing revealed that the pills were approximately 20.7–24.5 % methamphetamine. ECF No. 27 at 4.

3. On April 23, 2019, the United States Supreme Court heard argument in *Rehaif v. United States*. One of the issues on appeal was whether "knowingly" applies to both the

possession and status elements of an 18 U.S.C. § 922(g) crime, or only to the possession element.

4. Although the government does not concede that a decision favorable to the defense in *Rehaif* would undermine Bland's guilty plea, it does not oppose continuing the instant sentencing hearing until after *Rehaif* is decided. The government expressly reserves the right to oppose any argument (whether it is presented as a stand-alone argument or in support of a motion to withdraw the guilty plea) that the Supreme Court's decision affects this case.

5. The Supreme Court is expected to issue its decision in *Rehaif* in late June. A 45-day continuance should allow the parties sufficient time to review the *Rehaif* decision and determine what effect, if any, it may have on the facts of this case.

This is the first stipulation to continue the sentencing hearing.

DATED: June 6, 2019

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>Peter S. Levitt<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Johntae Bland,<br><br>        Defendant. | Case No. 2:18-cr-00295-APG-GWF<br><br>**Order Granting First Sipulation to Continue Sentencing Hearing** |

### Order

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for June 13, 2019, at 9:30 a.m., is vacated and continued to  August 6, 2019  at the hour of  10: 00  a.m. in Courtroom 6C.

DATED: June  7 , 2019.

                                          Andrew P. Gordon
                                          United States District Judge